UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NECO L. MURRAY,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS,<br><br>                    Defendant. | CASE NO. 2:06-cv-1465-JCM-LRL |

## JUDGMENT UPON VERDICT

This matter came on for trial by jury on February 7, 2011, through February 8, 2011, Plaintiff Neco L. Murray appearing in person and through counsel, Dan M. Winder, Esq., and Arnold Weinstock, Esq.; Defendant City of Las Vegas appearing through Philip R. Byrnes, Deputy City Attorney, and David E. Bailey, Deputy City Attorney. Testimony was taken, evidence was offered, introduced and admitted. Counsel argued the merits of their case.

The jury rendered a verdict in favor of Defendant City of Las Vegas and against Plaintiff Neco L. Murray.

NOW, THEREFORE, judgment upon the verdict is hereby entered in favor of Defendant City of Las Vegas and against the Plaintiff Neco L. Murray.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
February 10, 2011
Date